CLD-127                                                                                          March 18, 2021
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **20-2706**

MARCO CASTRO-FLORES
a/k/a Marco Castro
a/k/a Marco Flores,
       Appellant

    VS.

ATTORNEY GENERAL UNITED STATES OF AMERICA

   (Agency No. A206-033-396)

Present:     RESTREPO, MATEY and SCIRICA, <u>Circuit</u> <u>Judges</u>

       Submitted are:

         (1) Respondent's motion for summary action; and

         (2) Petitioner's response to motion for summary action

          in the above-captioned case.

                       Respectfully,

                       Clerk

_____ORDER_____

      The foregoing motion of the Government for summary action, which we construe as containing a motion to dismiss for lack of jurisdiction, is referred to the merits panel. <u>See</u> 3d Cir. I.O.P. 10.3.5 (providing that, if a motion seeks dismissal for lack of jurisdiction "and the panel votes not to grant the motion, it is referred by order, without decision and

without prejudice, to the merits panel"); 3d Cir. I.O.P. 10.6 (if summary action not appropriate, in lieu of denial, a panel may refer the motion to the merits panel). A substantial question concerning the scope of the Court's jurisdiction has been raised by this petition for review. In due course, the Clerk shall issue a briefing schedule.

In addition to any other issues they may wish to raise in their briefs, the parties shall address whether the Court has jurisdiction to review the denial of a motion to reopen a cancellation of removal determination under the circumstances presented in this case, including whether the challenged decision was a "judgment regarding the granting of relief under section . . . 1229b." 8 U.S.C. § 1252(a)(2)(B)(i); see also Guzman-Munoz v. Att'y Gen., 733 F.3d 1311, 1314 (11th Cir. 2013) (per curiam)); Alzainati v. Holder, 568 F.3d 844, 848-50 (10th Cir. 2009); Fernandez v. Gonzales, 439 F.3d 592, 601-03 (9th Cir. 2006).

By the Court,

s/Paul B. Matey
Circuit Judge

Dated: March 31, 2021
Tmm/cc: Alex G. Isbell, Esq.
Abigail E. Leach, Esq.
Anthony C. Payne, Esq.